WILLIAM G. HOWELL, PLAINTIFF IN ERROR, v. THE STATE, ROBERT E. HAND, PROSECUTOR, DEFENDANT IN ERROR.

[*Argued March 4th,* 1898; *decided June 20th,* 1898.]

On error to the Supreme Court. For opinion of the Supreme Court, see *ante p.* 142.

For the plaintiff in error, *Carroll Robbins.*

For the defendant in error, *Aaron V. Dawes.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, DEPUE, GUMMERE, LIPPINCOTT, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, KRUEGER, NIXON, VREDENBURGH. 11.

*For reversal*—None.